Karen B. Kraegel, Appellee, v. John P. Daros, Edward N. Landry and D. C. Pennock, Trading as Enterprises Exchange, Appellants.

Gen. No. 44,153.

652

opinion filed February 25, 1948; released for publication March 25, 1948. Allen & Darlington, for appellants; Glynn J. Elliott, of counsel; no appearance for appellee. Opinion by JUSTICE BURKE. Not to be published in full.